UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Marc Paul Schachter,<br><br>    Petitioner<br><br>v.<br><br>Jo Gentry, et al.,<br><br>    Respondents | 2:17-cv-01766-JAD-GWF<br><br>Screening Order<br><br>[ECF No. 1, 1-1] |

Petitioner Marc Paul Schachter is serving a sentence of 5–20 years after he was convicted in state court for attempted robbery of a Walmart and deemed a habitual criminal. He applies to proceed in forma pauperis[1] and petitions for a writ of habeas corpus under 28 U.S.C. § 2254. I find that Schachter is unable to pay the filing fee.

I have also reviewed Schachter's petition under Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts, and I will serve the petition upon respondents for a response. I note, however, that the petition has two irregularities: page 7 is a duplicate of page 5, and page 6 should be read after page 10.[2]

Accordingly, IT IS HEREBY ORDERED that the application to proceed in forma pauperis [ECF No. 1] is GRANTED. Schachter NEED NOT PAY the $5.00 filing fee.

The Clerk of Court is directed to DETACH and FILE the petition for a writ of habeas corpus [ECF No. 1-1]. The Clerk of Court is also directed to ADD Adam Paul Laxalt, Attorney General for the State of Nevada, as counsel for respondents

---

[1] ECF No. 1.

[2] I refer to the page numbers generated by CM/ECF.

and electronically SERVE upon respondents a copy of the petition and this order. Finally, the Clerk of Court is directed to RETURN to petitioner a copy of the petition.

IT IS FURTHER ORDERED that respondents will have 45 days from the date on which the petition was served to answer or otherwise respond to the petition. Respondents must raise all potential affirmative defenses in the initial responsive pleading, including untimeliness, lack of exhaustion, and procedural default. Successive motions to dismiss will not be entertained. If respondents file and serve an answer, then they must comply with Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts, and then Schachter will have 45 days from the date on which the answer is served to file a reply. If respondents file a motion, then the briefing schedule of Local Rule LR 7-2 will apply.

IT IS FURTHER ORDERED that the hard copy of any electronically filed exhibits must be forwarded—for this case—to the staff attorneys in Las Vegas.

DATED: October 18, 2017.

_____
Jennifer A. Dorsey
United States District Judge