|   |   |
|---|---|
| Marc Paul Schachter,<br><br>    Petitioner<br><br>v.<br><br>Jo Gentry, et al.,<br><br>    Respondents | 2:17-cv-01766-JAD-GWF<br><br>**Order Extending Time**<br><br>[ECF No. 7] |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

In this federal petition for a writ of habeas corpus, respondents request—for the first time—a time extension to allow them to answer.[1] I find that the motion is made in good faith and not solely for the purposes of delay.

Accordingly, IT IS HEREBY ORDERED that respondents' motion for enlargement of time **[ECF No. 7]** is **GRANTED**. Respondents have **until January 18, 2018**, to answer the petition.

DATED: December 8, 2017.

_____
U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 7.