# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Marc Paul Schachter, | 2:17-cv-01766-JAD-GWF |
|     Petitioner | **Order Extending Time** |
| v. | [ECF No. 10] |
| Jo Gentry, et al., | |
|     Respondents | |

       This is the second time that respondents have asked for more time to respond to pro se petitioner Marc Schachter's petition for a writ of habeas corpus. Respondents first asked for a 45-day extension, giving them until January 18, 2018, to respond, which was granted.[1] Now they ask for 35 more days, further extending the deadline to February 22, 2018.[2] Counsel for the respondents represents that he has "remained extremely busy working on the numerous complex capital matters identified" in his first time-extension motion, and that he had been "assigned to assist [his] colleague . . . with an evidentiary hearing . . . [that] occurred on January 16–17, 2018. I find that this motion is made in good faith and not solely for the purpose of delay.

       Accordingly, good cause appearing, IT IS HEREBY ORDERED that respondents' second motion for an enlargement of time **[ECF No. 10] is GRANTED.** The respondents now **have until February 22, 2018, to respond** to Schachter's petition. Counsel is cautioned that his workload will likely not warrant a third continuance.

       DATED: January 22, 2018.

                           _____
                          U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 8.

[2] ECF No. 10.