# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MARC PAUL SCHACHTER,

Petitioner,

v.

JO GENTRY, et al,

Respondents.

Case No. 2:17-cv-01766-JAD-GWF

**Order Directing Answer**

Petitioner has filed a declaration abandoning his unexhausted claims[1] IT THEREFORE IS ORDERED that respondents have 45 days to file and serve an answer to the remaining claims of the petition.[2] The answer must comply with Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts. Petitioner will then have 45 days from the date on which the answer is served to file a reply.

Dated: December 3, 2018

_____
U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 19.

[2] ECF No. 5.